Nov. Term, 1859.

SNODGRASS v. SMITH.

---

SNODGRASS *v.* SMITH.

APPEAL from the *Union* Circuit Court.

*Monday, December* 12.

*Per Curiam.*—This case falls, perhaps, within those of *Lindley* v. *Dakin*, at this term (1), and *Allen* v. *Lee*, 1 Ind. R. 58, as modified and explained by *Medler* v. *Hiatt*, 8 *id.* 171. But if not, an award barred.

The submission to arbitration of the question of damages for an admitted incumbrance upon property sold as free of incumbrance, is not within the prohibition of § 2, 2 R. S. p. 228.

A prior suit pending for a set-off, would prevent its being pleaded to a subsequent. *Rankin* v. *Halpin*, 4 Ind. R. 585.

The judgment is affirmed with 1 per cent. damages and costs.

*J. S. Reid* and *J. F. Gardner*, for the appellant.

*J. Yaryan*, for the appellee.

(1) *Ante*, 388.